IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MATTHEW JOHN THOMPSON,

    Plaintiff,

v.                                                      4:13cv71-WS

DIANE SMITH and
MS. L. SALVADOR, PA, CA,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 31) docketed February 6, 2014. The magistrate judge recommends that the plaintiff's "Motion of Emergency Nature," construed as a motion for preliminary injunction, be denied. The plaintiff has filed objections (doc. 35) to the magistrate judge's report and recommendation, as well as a request for a medical expert.

Upon review of the record, this court has determined that the magistrate judge' report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2.  The plaintiff's motion for preliminary injunction (doc. 30) is DENIED.

3.  The plaintiff's request (doc. 35) for a medical expert is DENIED at this time.

4.  The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this   7th    day of    March   , 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE